IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01292-MSK-MEH

STANDARD INSURANCE COMPANY,

    Plaintiff,

v.

ANNA PORTER, individually and as guardian to minor child L.M. Porter, and
L.M. PORTER, a minor child,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2010.**

    Defendant's Unopposed Motion for Additional Time to Complete Settlement Documents [filed October 12, 2010; docket #44] is **granted**. The Settlement Conference scheduled for October 19, 2010, is hereby **vacated**. The parties shall file dismissal papers on or before **November 12, 2010**.